## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Polu Kai Services, LLC | ) | ASBCA Nos. 58726, 58795 |
| | ) | |
| Under Contract No. W912DR-09-C-0091 | ) | |

APPEARANCE FOR THE APPELLANT:  John M. Manfredonia, Esq.
  Manfredonia Law Offices, LLC
  Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Leslie M. Reed, Esq.
  Raymond O. Schlee, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Baltimore

### ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 29 July 2014

*Michael T. Paul*

_____
MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58726, 58795, Appeals of Polu Kai Services, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals